IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAMON L. THREATS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:19-CV-438-RAH |
| | ) |
| SHERIFF TONY HELMS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on March 25, 2020. (Doc. 35.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

A Final Judgment will be entered separately.

DONE, this 29th day of April, 2020.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE